AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Horacio Vela-Cantu**  YOB: 1957  PRINCIPAL

United States Citizen

## CRIMINAL COMPLAINT

Case Number:

M-16- 1526 -M

United States District Court
Southern District of Texas
FILED

AUG 16 2016

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 15, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact David Juarez-Rodriguez, a citizen of Guatemala, and Jose Fernando Mejia-Medina a citizen of Honduras, along with seven (7) other undocumented aliens, for a total of nine (9), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Mission, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 15, 2016, Penitas PD stopped a Ford Expedition for travelling 44 mph in a 30 mph zone at 3 Mile Road and Iowa Rd in Mission, Texas. The police officer requested Border Patrol's assistance in determining alienage of the vehicle's occupants.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved by: Leo J. Leo, III
AUSA

Signature of Complainant

Julio Ibarra    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

8-16-16
Date

at McAllen, Texas
City and State

**Dorina Ramos**, U. S. Magistrate Judge
Name and Title of Judicial Officer

Dorina Ramos
Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16- 1526 -M

**RE:** Horacio Vela-Cantu

**CONTINUATION:**

Border Patrol arrived and interviewed everyone in the Expedition. It was driven by United States citizen, Horacio VELA-Cantu. His USC girlfriend was travelling with him in the front passenger seat, and, at the time of the vehicle stop, there were 9 illegal aliens laying down on the floor boards, seat, and back cargo area.

All 11 were transported to the McAllen Station for processing.

Prosecution on VELA'S girlfriend was declined at this time.

**PRINCIPAL'S STATEMENT:**

Horacio VELA-Cantu was read his rights. He declined to make a statement without the presence of an attorney.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

1- David Juarez-Rodriguez, a citizen of Guatemala, claimed he arranged to be smuggled to Florida. Juarez was given instructions to arrive at the pick-up location. After walking for some time, he and the group arrived at the location told to them. Shortly after, a vehicle arrived, and the whole group ran and boarded through the rear passenger door. The driver told the group to stay low and hidden. Juarez identified VELA as the driver of the vehicle he was in at the time of his arrest.

2- Jose Mejilla-Medina, a citizen of Honduras, claimed he was being smuggled to Florida. After illegally crossing the Rio Grande River, a vehicle arrived near the group and stopped. The group of illegal aliens boarded the vehicle, and the driver told them to lay down and hide. Mejilla identified VELA as the driver of the vehicle he was arrested in.